No. 78–1863.   Perez, Secretary of the Treasury of Puerto Rico, et al. v. Rodriguez de Quiñonez et al.   C. A. 1st Cir.   Certiorari denied.

No. 78–1864.   Brown v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 78–1865.   McCabe v. Greenberg; and
No. 78–1875.   McCabe v. Greenberg.   C. A. 3d Cir.   Certiorari denied.   Reported below: 594 F. 2d ·854.

No. 78–1866.   International Association of Machinists & Aerospace Workers, Lodge No. 82 v. Detroit Coil Co.   C. A. 6th Cir.   Certiorari denied.

No. 78–1867.   Amalgamated Meat Cutters & Butcher Workmen of North America, AFL–CIO, et al. v. Iowa Beef Processors, Inc.   C. A. 8th Cir.   Certiorari denied.

No. 78–1868.   Lemelson v. Centsable Products, Inc.   C. A. 7th Cir.   Certiorari denied.

No. 78–1869.   Rehahn et al. v. General Motors Corp. et al.   C. A. 6th Cir.   Certiorari denied.

No. 78–1872.   Brighton Building & Maintenance Co. et al. v. United States; and
No. 79–111.   Palumbo Excavating Co. et al. v. United States.   C. A. 7th Cir.   Certiorari denied.   Reported below: 598 F. 2d 1101.

No. 78–1876.   Del Rio Distributors, Inc. v. Adolph Coors Co.   C. A. 5th Cir.   Certiorari denied.